UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-02893-WDK(Ex) | **JS-6** | Date | August 27, 2012 |
|---|---|---|---|---|
| Title | Joe Hand Promotions, Inc. v. Robert Silverberg et al | | | |

| Present: The Honorable | William D. Keller, United States District Court Judge |
|---|---|

| Patricia Gomez | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Petitioner/Appellant: | Attorneys Present for Respondent: |
|---|---|
| N/A | N/A |

**Proceedings:**          **(In Chambers:) Order Dismissing Action Without Prejudice**

The Court is in receipt of defendant's stipulation to dismiss case, filed August 16, 2012, the above-referenced case is dismissed without prejudice pending the filing of any proposed dismissal order.  In the event the parties do not file a proposed order by November 13, 2012, the Court will dismiss the action with prejudice.

Within ten (10) days of this Order, parties are to file a Stipulated Judgment reflecting the settlement amount and clearly state that the Stipulated Judgement shall be entered only upon the Defendants' failure to perform.

IT IS SO ORDERED.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | PG | | |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV11-02893-WDK(Ex) | **JS-6** | Date | August 27, 2012 |
|---|---|---|---|---|
| Title | Joe Hand Promotions, Inc. v. Robert Silverberg et al | | | |